OLIVER C. LATIMER, Respondent, *v.* FRANK H. McKINNON, as Administrator of the Estate of JAMES R. BAUMES, Deceased, Appellant.

*Latimer* v. *McKinnon*, 142 App. Div. 920, affirmed.
(Argued March 7, 1912; decided March 26, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 16, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon an undertaking.

*C. L. Andrus* for appellant.

*Wordsworth B. Matterson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ. Not voting: HISCOCK, J.